IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Dzhokhar Tsarnaev Reg. No 95079038, Plaintiff

v.

ADX Florence Federal Bureau of Prisons

Warden B. True,

A. Tuttoilmondo,

_____, Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 04 2021**

JEFFREY P. COLWELL
  CLERK

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Dzhokhar Tsarnaev, 95079038, U.S. Penitentiary Max. P.O. Box 8500, Florence, CO 81226-8500
(Name, prisoner identification number, and complete mailing address)

Jahar
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
_✓_ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: B. True, Warden
(Name, job title, and complete mailing address)
U.S. Penitentiary Max, P.O. Box 8500, Florence, CO 81226-8500

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ___ No (*check one*). Briefly explain:

True is a Warden at the Federal Complex

Defendant 1 is being sued in his/her ___ individual and/or _✓_ official capacity.

2

Defendant 2: __A. Tuttoilmondo, Unit Manager__
(Name, job title, and complete mailing address)
__U.S. Penitentiary Max, P.O. Box 8500, Florence, CO 81226-8500__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✔ Yes ___ No (check one). Briefly explain:

__Tuttoilmondo is the Unit Manager of H-unit at ADX, where I am currently confined.__

Defendant 2 is being sued in his/her ___ individual and/or ✔ official capacity.

Defendant 3: __Federal Bureau of Prisons, ADX Florence__
(Name, job title, and complete mailing address)
__U.S. Penitentiary Max, P.O. Box 8500, Florence, CO 81226-8500__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✔ Yes ___ No (check one). Briefly explain:

__It is the Federal Prison where I am currently confined.__

Defendant 3 is being sued in his/her ___ individual and/or ✔ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✔   42 U.S.C. § 1983 (state, county, and municipal defendants)

✔   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: *(please identify)* _____

3

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: The BOP has enabled the Unit Manager, A. Tuttoilmondo, to discrimate against me.

Supporting facts:

On July 10, 2019, I was issued a confiscation and Disposition of Contraband form that listed two items as contraband — a white baseball cap and a bandana. In 2015, upon my arrival to the ADX, I purchased, from Commissary, the two items and wore them for four years, without objection, to ward off the summer heat. Correctional officer, D. Averitt, was ordered to confiscate my baseball cap and bandana while I was being escorted from the recreation yard to my cell. I was later informed by the Unit Manager, A. Tuttoilmondo, that she confiscated my hat because by wearing it, I was, "disrespecting the FBI and the victims in your case. And you know this," she asserted. Oliver, the Language Specialist, was a witness to this incident. The Unit Manager is using her position of authority to discriminate against me and violate my right to fair and impartial treatment. Her accusation is false, disturbing and unprofessional. I am concerned that she may be communicating with the victims in my case, thus making her unable to be fair and impartial towards me. There is no proof and no evidence to support her false accusation. The seizure of my hat is unlawful, unreasonable and discriminatory. This incident has caused me a great deal of mental stress and anxiety. This discriminatory action against me, reflects an attitude that has inevitably brought about more prejudiced actions that violate my rights and have resulted in my mental and physical decline.

4

D. Statement of Claims

Page 1

Claim Two: The BOP has enabled Warden True and the Unit Team to discriminate against me.

Supporting facts:

Inmates in H-unit are subjected to a two Phase system — Phase One and Phase Two. Phase One is the default phase for all incoming inmates to H-unit. Phase One is punitive in nature as it allows inmates only three showers a week and two social phone-calls, while Phase Two allows inmates a daily shower and three social phone-calls per month. The criteria to advance from Phase One to Phase Two varies, but generally, inmates on Phase One must have a year of "good conduct" and are expected to engage in educational programming. The inmates in H-unit are evaluated on a bi-annual basis after which the Unit Team, comprising of the Unit Manager, the Warden and others, make their determination to advance the inmate in the Phase program or reject his advancement.

On May 14, 2020, I was reviewed by the Unit Team and was subsequently rejected despite the fact that I had done all that was required of me. I maintained more than a year of clear conduct and had committed to education programs. I was informed by the Unit Manager, A. Tuttoilmondo, that I was denied placement into Phase Two because I did not commit to any education programs. After providing the Manager with proof that I had, in fact, committed to education programs, I was reviewed again June 26, 2020, but was once again rejected. This time, I was informed by the Warden the he rejected my Phase Two advancement because of my "demeanor." When I asked the Warden what it is he wanted from me, he refused to elaborate but only said, "show me." Ultimately, I was told by a staff member, that the Warden wanted me to smile at him and be courteous when he makes his weekly rounds. It was evident then, that the criteria for me was different. I'm being held to a different standard, I am being discriminated against. Under the same circumstances, other inmates have been advanced to Phase Two.

D. Statement of Claims                                    Page 2

    In the hope of being advanced to Phase Two, I spent the months following the June rejection, doing everything I could to meet the Warden's criteria. I commit to more education programs and even managed to get a job as an orderly, cleaning the recreation yard. On December 3, 2020, the Unit Manager informs me that I will be advanced to Phase Two after two weeks. On December 17, 2020 I was told by the Unit Manager that I was denied placement into Phase Two by the Unit Team because of "security reasons." There is no legitimate basis for these two denials. The denial of my placement into Phase Two by the Warden and the Unit Team is abusive and discriminatory. These denials have caused me a great deal of stress and mental torment. My ability to better myself, mentally and physically, is impeded by the prejudicial, biased and unfair actions of Warden True, Unit Manager, A. Tuttoilmondo and other members of the Unit Team. My right to fair and impartial treatment is violated. My right not to be discriminated against is being violated. I am deprived, unjustly, of rights and priveleges that are afforded to other inmates. There is no sign or indication or guarantee that this abuse will stop in the next six months without the Court's intervention.

    I am not a "security threat" when I clean the recreation yard as the orderly and I certainly wouldn't be a threat if I were advanced to Phase Two and allowed to shower daily.

    The Bureau of Prisons has failed to protect me from the discriminatory actions of the Warden, the Unit Manager and other members of the Unit Team.

E. **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ✓ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

F. **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

    ✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

    ✓ Yes ___ No (*check one*)

5

G. **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

I want for the Court to order the BOP to protect me from the abuses, false accusations and discrimination that I am being made to suffer by the Warden, B. True, and the Unit Manager, A. Tuttoilmondo. I am also requesting to be awarded monetary damages in the amount of 250,000 dollars, An amount sufficient to make prison officials ensure that this abuse never happens again. I am also asking for the court to appoint legal counsel and to cover all costs and legal fees.

H. **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Dzhokhar Tsarnaev*
(Plaintiff's signature)

12 | 22 | 2020
(Date)

(Form Revised December 2017)

6