D. Tsarnaev
95079038

January 22, 2021

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 01 2021

JEFFREY P. COLWELL
CLERK

Civil Action No. 21-cv-00010-GPG

Magistrate Judge Gordon P. Gallagher;

Your Honor, I have submitted the necessary paper-work intending to pay the Court the 402.00 dollar filing fee. My concern is that the money will not reach the Court within the allotted thirty day period. Unless the Prison authorities wire the money electronically, but instead resort to writing a check, then it may not reach the Court on time. So please extend the time to cure the deficiency by an additional two weeks.

Further, after I cure the designated deficiency, I am asking for the Court's permission to file an Amended Complaint.

Respectfully,
D. Tsarnaev
Reg. No. 95079038

Cm 21-95079-038-0122-MO-004

**Name:** Dzhokhar Tsarnaev
**Reg No:** 95079038
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901-19th St, Room A105
Denver, CO 80294-3589

80294-250151

DENVER CO 802
29 JAN 2021 PM 4 L

