# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00010-GPG

DZHOKHAR TSARNAEV,

  Plaintiff,

v.

ADX FLORENCE, Federal Bureau of Prisons,
B. TRUE, Warden,
A. TUTTOILMONDO,

  Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

  Plaintiff's motion (ECF No. 4) seeking an extension of time to cure deficiencies (by paying the $402.00 filing fee) and requesting leave to file an amended prisoner complaint is **GRANTED** as follows: Plaintiff shall **thirty (30) days from the date of this Minute Order** to cure the deficiencies as directed in the Court's January 5, 2021 Order and to file an amended prisoner complaint.  If Plaintiff fails to cure the deficiencies within the time allowed, the action may be dismissed without further notice.  If Plaintiff fails to file an amended prisoner complaint within the time allowed, the Court will review his original complaint.

Dated:  February 4, 2021