Reg No: 95079038 Tsarnaev
U.S. Penitentiary Max
P.O. Box 8500
Florence, CO. 81226-8500

cm 21-95079038-0526-mo-034

Office of the Clerk
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

