IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 21-cv-10-MEH | Date: | October 13, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501 |

*Parties:*                                                                 *Counsel:*

DZHOKHAR TSARNAEZ,                                      Pro Se (by telephone)

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,           Susan Prose

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER
STATUS CONFERENCE**

**Court in session:**     11:15 a.m.

Court calls case.   Appearances of Pro Se Plaintiff and counsel.

Discussion held regarding the Defendants statement to the Court they will be filing a *Motion to Dismiss* by **Friday, October 15, 2021**, and subsequently filing a *Motion for Partial Summary Judgment*.   The Plaintiff notifies the Court he is not seeking counsel and will be litigating the case Pro Se.

**ORDERED:**   The Defendants shall file their *Motion to Dismiss* by **Friday, October 15, 2021,** and the Plaintiff shall respond to the *Motion* **on or before November 15, 2021**.

A **Scheduling Conference** is set for **February 3, 2022, at 1:00 p.m.** before United States Judge Michael E. Hegarty in Courtroom A501 of the Alfred A. Arraj Courthouse.   **The Defendant shall call into the Court's teleconference line the number below:**

        Teleconference Line:     888-278-0296
        Access Code:                 8212991#

**Court in recess:**     11:32 a.m.     Hearing concluded.
Total in-court time:   00:17

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.