IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00010-MEH

DZHOKHAR TSARNAEV,

    Plaintiff,

v.

MERRICK GARLAND, Attorney General of the United States, and
B. TRUE, Warden of Florence ADMAX Facility,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 12, 2022**.

    The Court will hear oral argument on Defendants' Supplemental Second Motion for Partial Summary Judgment (ECF 51) on **May 25, 2022 at 3:00 p.m**. in the Alfred A. Arraj U.S. Courthouse, Courtroom A-501, 901 19th Street, Denver, Colorado.

    The Declarant, Christopher Synsvoll, shall participate at the proceeding either in person or via the courtroom's video teleconference system using the attached instructions.

    Plaintiff shall participate in this conference by telephone. He and his case manager (or other facility representative) shall call the courtroom's telephone conference line at (888) 278-0296 and use Access Code 8212991 to join the proceeding at the above day and time.

    Please remember that, when you call in, you may be entering a proceeding already in progress for a different case; therefore, as you would if you were present in the courtroom, please ensure silence until your case is called.

    IT IS FURTHER ORDERED that settings before this Court (hearings, status conferences, etc.) constitute orders of the Court and the prison facility is required to allow the inmate to comply with his telephonic attendance. It shall be the responsibility of the inmate <u>and</u> his case manager, counselor, or other individual responsible for coordinating inmate attendance, to ensure his appearance at the scheduled time.

    **In addition to notice being provided to the parties, it is ORDERED that the Clerk of Court shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
Dzhokhar Tsarnaev
#95079-038
Florence Admax
U.S. Penitentiary
PO Box 8500
Florence, CO 81226

# Cisco Meeting App Instructions

# Judge Hegarty

- For Video Teleconference - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join.  **IMPORTANT:  Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting**:

    https://meet.uc.uscourts.gov/meeting/649676724?secret=r2pJji0990kEirdFH3WVFA

    **Note:  Use the default of "Continue with browser" to join the meeting.**

- For Audio Only:

    - Phone: 571-353-2301, then enter 649676724

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**

    <u>Family Member/Public/Media "listen" to hearing:</u>

    Toll Free: 888-278-0296
    Access Code: 8212991#