IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 21-cv-10-MEH | Date: | May 25, 2022 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501 |

*Parties:*                                            *Counsel:*

DZHOKHAR TSARNAEV,                    Pro Se

   Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,    Susan Prose

   Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**Court in session:**     3:02 p.m.

Court calls case. Appearance of Pro Se Plaintiff by telephone and counsel. Chris Synvoll appears on behalf

This matter is before the Court regarding [ECF 51] *Supplemental Second Motion for Partial Summary Judgment* filed by the Defendants on March 24, 2022.

For the reasons set forth on the record, the Court will enter a ruling on the matter by separate Order.

**Court in recess:**     4:13 p.m.     Hearing concluded.
Total in-court time:     01:11

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** Ab Litigation Services at (303) 629-8534.